

# HERMITAGE HALL
*"Turning over a new leaf"*



## ALTERNATIVE RESOLUTION FOR CONFLICTS ("ARC") AGREEMENT

Hermitage Hall recognizes that workplace disagreements may arise from time to time and has a 3-tier program for resolution of workplace disputes, known as Alternative Resolution of Conflicts ("ARC" or "Agreement"). ARC is an agreement to arbitrate disputes in the workplace. ARC is a contract between you, the employee (sometimes referred to as, "Employee", "You" or "I"), and Hermitage Hall. ARC does not change any other terms and conditions of employment; it is a contract where you and Hermitage Hall agree to resolve any covered legal disputes through mandatory arbitration instead of by way of court or jury trial. It is your responsibility to review the ARC Agreement. You are entitled to receive a copy of this Alternative Resolution For Conflicts Agreement upon request.

### 1. How This Agreement Applies

This Agreement is governed by the Federal Arbitration Act, 9 U.S.C. § 1 et seq. and evidences a transaction involving commerce. Except as it otherwise provides, this Agreement applies to any past, present or future dispute arising out of or related to Employee's application for employment, employment and/or termination of employment with Hermitage Hall or one of its affiliates, subsidiaries or parent companies ("Company") and survives after the employment relationship terminates. Nothing contained in this Agreement shall be construed to prevent or excuse Employee (individually or in concert with others) from utilizing the Company's existing internal procedures for resolution of complaints, and this Agreement is not intended to be a substitute for the utilization of such procedures.

Except as it otherwise provides, this Agreement is intended to apply to the resolution of disputes that otherwise would be resolved in a court of law or before a forum other than arbitration. This Agreement requires all such disputes to be resolved only by an arbitrator through final and binding arbitration and not by way of court or jury trial. Such disputes include without limitation disputes arising out of or relating to interpretation or application of this Agreement.

Except as it otherwise provides, this Agreement also applies, without limitation, to disputes regarding the employment relationship, compensation, breaks and rest periods, seating, discrimination, termination, or harassment and claims arising under the Civil Rights Act of 1964, 42 U.S.C. § 1981, Americans With Disabilities Act, Age Discrimination in Employment Act, Family Medical Leave Act, Fair Labor Standards Act, Fair Credit Reporting Act, Uniformed Services Employment and Reemployment Rights Act, Employee Retirement Income Security Act (except for claims for employee benefits under any benefit plan sponsored by the Company and covered by the Employee Retirement Income Security Act of 1974 or funded by insurance), Genetic Information Non-Discrimination Act, and state statutes, if any, addressing the same or similar subject matters, and all other state statutory and common law claims.

### 2. Mediation

Prior to invoking arbitration, the parties are encouraged to use mediation for any covered claims, but mediation is not a mandatory step before arbitration. Mediation is an informal, voluntary and facilitated process for resolving disputes. Mediation sessions are attended by a neutral third party, called a mediator, whose purpose is to help the parties reach a resolution. The mediator will be mutually selected by the parties. The Employer will pay the cost of the mediation. The Employee may be but is not required to be represented by counsel.

Mediation shall be held within thirty days of the parties' agreement to mediate the dispute. If the mediation fails, You and the Company must pursue the covered dispute only in arbitration and not in court. Arbitration of such disputes is mandatory under this Agreement.

1

# HERMITAGE HALL
*"Turning over a new leaf"*

### 3. Limitations On How This Agreement Applies

This Agreement does not apply to: (i) Workers' Compensation benefit claims (but workers' compensation discrimination and retaliation claims are covered under this Agreement); (ii) state unemployment or disability insurance compensation claims; (iii) claims for benefits under employee benefit plans covered by ERISA that contain an appeal procedure or other exclusive and/or binding dispute resolution procedure in the respective plan; (iv) claims against a contractor that may not be the subject of a mandatory arbitration agreement as provided by Section 8116 of the Department of Defense ("DoD") Appropriations Act for Fiscal Year 2010 (Pub. L. 111-118), Section 8102 of the Department of Defense ("DoD") Appropriations Act for Fiscal Year 2011 (Pub. L. 112-10, Division A), and their implementing regulations, or any successor DoD appropriations act addressing the arbitrability of claims; and (v) claims that the Dodd-Frank Wall Street Reform and Consumer Protection Act or other controlling federal statutes or lawful, enforceable federal Executive Orders bar from the coverage of mandatory pre-dispute arbitration agreements. This Agreement does not apply to any employee represented by a labor organization, or to the Company with respect to any such employee, except to the extent permitted in any applicable collective bargaining agreement or lawfully imposed by the Company when no collective bargaining agreement is in effect.

Regardless of any other terms of this Agreement, claims may be brought before and remedies awarded by an administrative agency if applicable law permits access to such an agency notwithstanding the existence of an agreement to arbitrate governed by the Federal Arbitration Act. Such administrative claims include without limitation claims or charges brought before the Equal Employment Opportunity Commission (www.eeoc.gov), the U.S. Department of Labor (www.dol.gov), the National Labor Relations Board (www.nlrb.gov), or the Office of Federal Contract Compliance Programs (www.dol.gov/esa/ofccp). Nothing in this Agreement shall be deemed to preclude or excuse a party from bringing an administrative claim before any agency in order to fulfill the party's obligation to exhaust administrative remedies before making a claim in arbitration. The Company will not retaliate against Employee for filing a claim with an administrative agency or for exercising rights (individually or in concert with others) under Section 7 of the National Labor Relations Act.

Disputes that may not be subject to pre-dispute arbitration agreement as provided by the Dodd-Frank Wall Street Reform and Consumer Protection Act (Public Law 111-203) or other controlling federal statutes or lawful, enforceable federal Executive Order are excluded from the coverage of this Agreement.

### 4. Selecting The Arbitrator

The Arbitrator shall be selected by mutual agreement of the Company and the Employee. Unless the Employee and Company mutually agree otherwise, the Arbitrator shall be an attorney licensed to practice in the location where the arbitration proceeding will be conducted or a retired federal or state judicial officer who presided in the jurisdiction where the arbitration will be conducted. If the parties cannot agree to an Arbitrator, the arbitration will be held under the auspices of the American Arbitration Association ("AAA"), and the parties shall select an Arbitrator under the then current Employment Arbitration Rules ("AAA Rules") (the AAA Rules are available through the Company's Law Department or via the internet at www.adr.org/employment). In all other respects, the arbitration shall be conducted pursuant to the provisions of this ARC Agreement. The appointed Arbitrator shall act under this Agreement with the same force and effect as if the parties had selected the arbitrator by mutual agreement. The location of the arbitration proceeding shall be no more than 45 miles from the place where the Employee last worked for the Company, unless each party to the arbitration agrees in writing otherwise.

2

# HERMITAGE HALL
## *"Turning over a new leaf"*

### 5. Starting The Arbitration

All claims in arbitration are subject to the same statutes of limitation that would apply in court. The party bringing the claim must demand arbitration in writing and deliver the written demand by hand or first class mail to the other party within the applicable statute of limitations period. The demand for arbitration shall include identification of the parties, a statement of the legal and factual basis of the claim(s), and a specification of the remedy sought. Any demand for arbitration made to the Company shall be provided to the Company's Legal Department at:

> Law Department
> UHS of Delaware, Inc
> 367 South Gulph Road
> King of Prussia, PA 19406

The arbitrator shall resolve all disputes regarding the timeliness or propriety of the demand for arbitration. A party may apply to a court of competent jurisdiction for temporary or preliminary injunctive relief in connection with an arbitrable controversy, but only upon the ground that the award to which that party may be entitled may be rendered ineffectual without such provisional relief.

### 6. How Arbitration Proceedings Are Conducted

Each party will have the right to take the deposition of two individual witnesses and any expert witness designated by another party. Each party also will have the right to propound requests for production of documents to any party and the right to subpoena witnesses and documents for the arbitration, and documents relevant to the case from third parties. Additional discovery may be had by mutual agreement of the parties or where the Arbitrator selected so orders pursuant to a request by either party. The Arbitrator will have the authority to hear and decide dispositive motions, and/or a motion to dismiss and/or a motion for summary judgment by any party and will set a briefing schedule for such motion(s) upon the request of either party. You and the Company agree to bring any dispute in arbitration on an individual basis only, and not on a class, collective, or private attorney general representative action basis. Accordingly,

> (a) There will be no right or authority for any dispute to be brought, heard or arbitrated as a class action ("Class Action Waiver"). The Class Action Waiver shall not be severable from this Agreement in any case in which (1) the dispute is filed as a class action and (2) a civil court of competent jurisdiction finds the Class Action Waiver is unenforceable. In such instances, the class action must be litigated in a civil court of competent jurisdiction.
>
> (b) There will be no right or authority for any dispute to be brought, heard or arbitrated as a collective action ("Collective Action Waiver"). The Collective Action Waiver shall not be severable from this Agreement in any case in which (1) the dispute is filed as a collective action and (2) a civil court of competent jurisdiction finds the Collective Action Waiver is unenforceable. In such instances, the collective action must be litigated in a civil court of competent jurisdiction.
>
> (c) There will be no right or authority for any dispute to be brought, heard or arbitrated as a private attorney general representative action ("Private Attorney General Waiver"). The Private Attorney General Waiver does not apply to any claim an Employee brings in arbitration as a private attorney general solely on the Employee's own behalf and not on behalf of or regarding others. The Private Attorney General Waiver shall be severable from this Agreement in any case in which (1) the dispute is filed as a private attorney general action and (2) a civil court of competent jurisdiction finds the Private Attorney General Waiver is unenforceable. In such instances, the private attorney general action must be litigated in a civil court of competent jurisdiction.

3



Notwithstanding any other clause contained in this Agreement, any claim that all or part of the Class Action Waiver, Collective Action Waiver or Private Attorney General Waiver is invalid, unenforceable, unconscionable, void or voidable may be determined only by a court of competent jurisdiction and not by an arbitrator.

The Class Action Waiver, Collective Action Waiver and Private Attorney General Waiver shall be severable in any case in which the dispute is filed as an individual action and severance is necessary to ensure that the individual action proceeds in arbitration.

### 7. Paying For The Arbitration

Each party will pay the fees for his, her or its own attorneys, subject to any remedies to which that party may later be entitled under applicable law. However, in all cases where required by law, the Company will pay the Arbitrator's and arbitration fees. If under applicable law the Company is not required to pay all of the Arbitrator's and/or arbitration fees, such fee(s) will be apportioned between the parties in accordance with said applicable law, and any disputes in that regard will be resolved by the Arbitrator.

### 8. The Arbitration Hearing And Award

The parties will arbitrate their dispute before the Arbitrator, who shall confer with the parties regarding the conduct of the hearing and resolve any disputes the parties may have in that regard. Within 30 days of the close of the arbitration hearing, any party will have the right to prepare, serve on the other party and file with the Arbitrator a brief. The Arbitrator may award any party any remedy to which that party is entitled under applicable law, but such remedies shall be limited to those that would be available to a party in his or her individual capacity in a court of law for the claims presented to and decided by the Arbitrator, and no remedies that otherwise would be available to an individual in a court of law will be forfeited by virtue of this Agreement. The Arbitrator will issue a decision or award in writing, stating the essential findings of fact and conclusions of law. Except as may be permitted or required by law, as determined by the Arbitrator, neither a party nor an Arbitrator may disclose the existence, content, or results of any arbitration hereunder without the prior written consent of all parties. A court of competent jurisdiction shall have the authority to enter a judgment upon the award made pursuant to the arbitration.

### 9. An Employee's Right To Opt Out Of Arbitration

**Arbitration is not a mandatory condition of Employee's employment at the Company, and therefore an Employee may submit a form stating that the Employee wishes to opt out and not be subject to this Agreement.** In order to Opt Out of Arbitration, the Employee must submit a signed and dated statement on a "Alternative Resolution for Conflicts Agreement Opt Out Form" ("Form") that can be obtained from the Company's local or corporate Human Resources Department or online at www.uhsinc.com/careers/ARC Program. In order to be effective, the signed and dated Form must be returned to the Human Resources Department within 30 days of the Employee's receipt of this Agreement. An Employee who timely opts out as provided in this paragraph will not be subject to any adverse employment action as a consequence of that decision and may pursue available legal remedies without regard to this Agreement. **Should an Employee not opt out of this Agreement within 30 days of the Employee's receipt of this Agreement, continuing the Employee's employment constitutes mutual acceptance of the terms of this Agreement by Employee and the Company.** An Employee has the right to consult with counsel of the Employee's choice concerning this.

### 10. Non-Retaliation

It is against Company policy for any Employee to be subject to retaliation if he or she exercises his or her right to assert claims under this Agreement. If any Employee believes that he or she has been retaliated against by anyone at the Company, the Employee should immediately report this to the Human Resources Department.

4



*"Turning over a new leaf"*

## 11. Enforcement Of This Agreement

This Agreement is the full and complete agreement relating to the formal resolution of employment-related disputes. Except as stated in paragraph 6, above, in the event any portion of this Agreement is deemed unenforceable, the remainder of this Agreement will be enforceable.

**AGREED:**

Hermitage Hall

**AGREED:**

**EMPLOYEE NAME PRINTED** ___Tiffany McCray___

**EMPLOYEE SIGNATURE** ___Tiffany Mc___

**Date:** ___Dec 14, 2015___