IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **TIFFANY McCRAY,** | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:20-cv-00391 |
| | ) Judge Aleta A. Trauger |
| **UNIVERSAL HEALTH SERVICES d/b/a HERMITAGE HALL,** | ) |
| Defendant. | ) |

## ORDER

Before the court is the plaintiff's Objection to Enforcement of Arbitration and Objection to Dismissal of Case (Doc. No. 13) and supplemental Objection (Doc. No. 17), objecting to the magistrate judge's Report and Recommendation ("R&R") (Doc. No. 11), which recommends that the Motion to Dismiss and Compel Arbitration (Doc. No. 4) filed by defendant Universal Health Services d/b/a Hermitage Hall ("Hermitage Hall")[1] be granted, that this case be dismissed without prejudice, pending arbitration, and that the plaintiff's also-pending Request for Motion to Amend Complaint to properly identify the defendant (Doc. No. 9) be denied as moot.

For the reasons set forth in the accompanying Memorandum, the plaintiff's Objections (Doc. Nos. 13, 17) are **OVERRULED**. The court **ACCEPTS** the findings and recommendations set forth in the R&R in their entirety. The defendant's Motion to Dismiss and Compel Arbitration

---

[1] The defendant asserts that the correct name of the plaintiff's former employer is Tennessee Clinical School, LLC d/b/a Hermitage Hall. According to the Declaration of Michelle Carson, Associate General Counsel – Litigation for UHS of Delaware, Inc., Hermitage Hall is a single member limited liability company whose sole member is Universal Health Services, Inc. (Doc. No. 1-2 ¶ 4.)

(Doc. No. 4) is **GRANTED**. Pursuant to § 4 of the Federal Arbitration Act, 9 U.S.C. § 4, the parties are **DIRECTED** to proceed to arbitration in accordance with the terms of their arbitration agreement. This case is **DISMISSED WITHOUT PREJUDICE**. The plaintiff's "Request for Motion to Amend Complaint" (Doc. No. 9) and "Request for Additional Time to Respond," seeking 45 days to "gather evidence in support of contractual fraud" (Doc. No. 15), are **DENIED AS MOOT**.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge